UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERTO LEONES ALVES PEREIRA,       )
                                    )
            Petitioner,             )
    v.                              )          CIVIL ACTION
                                    )          NO. 26-CV-12958-PBS
DAVID WESLING, Field Office Director, )
U.S. Immigration and Customs Enforcement,)
et al.,                             )
                                    )
            Respondents.            )

## **JUDGMENT**

SARIS, J.

In accordance with the Court's Order dated July 1, 2026 (Docket No. 7), allowing

Petitioner Alberto Leones Alves Pereira's petition for writ of habeas corpus under 28 U.S.C.

§ 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.


                                    By the Court,

                                    Robert M. Farrell
                                    Clerk of Court


                                    / s / Clarilde Karasek
                                    Deputy Clerk

DATED: July 21, 2026